IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| NICHOLAS BUBB,<br><br>         Plaintiff,<br><br>     v.<br><br>PALOUSE EMPIRE FOOD SERVICES, INC.,<br><br>         Defendant. | NO.  CV-03-0273-CI<br><br>ORDER OF DISMISSAL |
|---|---|

## **ORDER**

THIS MATTER having come before the undersigned upon the stipulation of the parties for dismissal of Plaintiff's claims against Defendant Palouse Food Services, Inc., and the court being fully advised, now, therefore,

**IT IS ORDERED** that the Plaintiff's claims against Defendant in the above action be dismissed with prejudice and without costs.  The file shall be closed.

DATED May 24, 2006.

                S/ CYNTHIA IMBROGNO
             UNITED STATES MAGISTRATE JUDGE